BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HUMBERTO CEBALLOS RANAEL, ANTHONY ISAAC SANTIBANEZ, FRANCSICO JAVIER GOMEZ-RODRIGUEZ, ALEJANDRO ROJO RAMIRES, <br><br> Defendants. | CASE NO. 1:15-MJ-111 BAM <br><br> [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's Addendum to the Criminal Complaint pertaining to defendant HUMBERTO CEBALLOS RANAEL, ANTHONY ISAAC SANTIBANEZ, FRANCSICO JAVIER GOMEZ-RODRIGUEZ, and ALEJANDRO ROJO RAMIRES, and Government's Request to Seal shall be SEALED until further order of this Court. The Court has balanced the defendant's need for information against the harm disclosure will cause the Officer, thereby satisfying § 552a(b) of the Privacy Act.

//

//

//

1  It is further ordered that access to the sealed documents shall be limited to the government and
2  counsel for the defendant.

3
4  Dated:  8/5/15                        /s/ McAuliffe
5                                         THE HONORABLE BARBARA A. MCCAULIFFE
                                          UNITED STATES DISTRICT JUDGE