1 PHILLIP A. TALBERT
Acting United States Attorney
2 KAREN A. ESCOBAR
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
5 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00226-LJO-SKO |
|---|---|
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| ANTHONY ISAAC SANTIBANEZ, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Anthony Isaac Santibanez, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendant Anthony Isaac Santibanez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) one .22 caliber Marlin rifle, with missing barrel,

    b) another .22 caliber Marlin rifle,

    c) one .22 caliber round of ammunition, and

    d) six .40 caliber rounds of ammunition.

2. The above-listed property constitutes property that facilitated or was involved in

Preliminary Order of Forfeiture           1

violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.

    3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service (or a designee), in its secure custody and control.

    4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  **June 20, 2016**                     /s/ Lawrence J. O'Neill
                                                           UNITED STATES CHIEF DISTRICT JUDGE