**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, ANTHONY SANTIBANEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY SANTIBANEZ,<br><br>Defendant. | CASE NO. 1:15-cr-00226-LJO<br><br>**STIPULATION TO CONTINUE SENTENCING TO OCTOBER 3, 2016; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing Hearing in the above captioned matter set for August 15, 2016, **be continued to October 3, 2016, at 8:30 a.m.**  Defense counsel requests this continuance because of her litigation schedule.

///

///

///

///

///

///

///

STIPULATION TO CONTINUE SENTENCING
HEARING TO OCTOBER 3, 2016;
[PROPOSED] ORDER THEREON

1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated: August 1, 2016                /s/ Carol Ann Moses
                                     CAROL ANN MOSES
                                     Attorney for Defendant,
                                     ANTHONY SANTIBANEZ

Dated: August 1, 2016                PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ Karen S. Escobar
                                     KAREN S. ESCOBAR
                                     Assistant United States Attorney

ORDER

**IT IS SO ORDERED.** The Sentencing Hearing for Anthony Santibanez will be continued to October 3, 2016 at 8:30 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

   Dated:  **August 1, 2016**              /s/ Lawrence J. O'Neill
                                           UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING
HEARING TO OCTOBER 3, 2016;
[PROPOSED] ORDER THEREON