PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>HUMBERTO CEBALLOS-RANGEL,<br>FRANCISCO JAVIER GOMEZ-RODRIGUEZ,<br>ANTHONY ISAAC SANTIBANEZ, and<br>ALEJANDRO RAMIREZ-ROJO,<br>  aka Alejandro Ramires,<br><br>            Defendants. | No. 1:15-CR-00226-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on March 9, 2016, May 9, 2016, June 20, 2016, and August 26, 2016, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Humberto Ceballos-Rangel, Francisco Javier Gomez-Rodriguez, Anthony Isaac Santibanez, and Alejandro Ramirez-Rojo, aka Alejandro Ramires, in the following property:

   a.  One (1) .22 caliber Marlin rifle, with missing barrel;

   b.  One (1) .22 caliber Marlin rifle;

   c.  One (1) .22 caliber round of ammunition; and

   d.  Six (6) .40 caliber rounds of ammunition.

AND WHEREAS, beginning on September 3, 2016, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHERAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Humberto Ceballos-Rangel, Francisco Javier Gomez-Rodriguez, Anthony Isaac Santibanez, and Alejandro Ramirez-Rojo aka Alejandro Ramires.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **November 7, 2016**            /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE